IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT<br><br>Plaintiff,<br><br>v.<br><br>USDA APHIS WILDLIFE SERVICES,<br><br>Defendant. | Case No.  1:18-CV-335-BLW<br><br>JUDGMENT |

Finding good cause therefore and based on the Joint Motion to Dismiss (docket no. 23)

NOW THEREFORE IT IS HEREBY ORDERED, that the Joint Motion to Dismiss (docket no. 23) is GRANTED and that this action be dismissed with prejudice pursuant to the settlement agreement (docket no. 23-1) filed herewith.

DATED: April 19, 2019

B. Lynn Winmill
United States District Judge